[Nos. 33875-1-II; 33919-6-II. Division Two. April 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID RAY SIMANOVSKI, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE INMAN, *Appellant*.

Appeals from a judgment of the Superior Court for Jefferson County, No. 05-1-00102-5, Craddock D. Verser, J., entered September 9, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 33883-1-II. Division Two. April 10, 2007.]

*In the Matter of the Parentage of* G.A.H.

MIA K. FRYE, *Respondent*, v. GREGORY M. HOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-5-00280-8, James E. Warme, J., entered September 12, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.

[No. 33993-5-II. Division Two. April 10, 2007.]

*In the Matter of the Welfare of* M.R.K.

Appeal from a judgment of the Superior Court for Clark County, No. 04-7-00907-5, Barbara D. Johnson, J., entered October 14, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 34025-9-II. Division Two. April 10, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. RANDALL J. PATTON, *Respondent*.

Appeal from a judgment of the Superior Court for Skamania County, No. 05-1-00061-7, E. Thompson Reynolds, J., entered November 3, 2005. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Penoyar, J.